# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of -- ) | |
| ) | |
| EMTA Insaat A.S. ) | ASBCA No. 60031 |
| ) | |
| Under Contract No. W912GB-09-D-0069 ) | |

APPEARANCE FOR THE APPELLANT: John M. Manfredonia, Esq.
   Manfredonia Law Offices, LLC
   Cresskill, NJ

APPEARANCES FOR THE GOVERNMENT: Thomas H. Gourlay, Jr., Esq.
   Engineer Chief Trial Attorney
Brett R. Howard, Esq.
   Engineer Trial Attorney
   U.S. Army Engineer District, Europe

## ORDER OF DISMISSAL

On 4 December 2015, the parties advised the Board that they settled this appeal, and jointly moved to dismiss the appeal with prejudice. The parties' motion is granted. ASBCA No. 60031 is hereby dismissed with prejudice.

Dated: 18 December 2015

JACK DELMAN
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 60031, Appeal of EMTA Insaat A.S., rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals